# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

PANERA, LLC, a foreign limited
liability company, d/b/a PANERA,

    Defendant.
_____/

Civil Action File No.
1:21-CV-04529-JPB

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITHOUT PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal Without Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: May 12, 2022

By:   */s/ Minh N. Vu*  
       Minh N. Vu, Esq.  
       Kevin Young, Esq.  
       Georgia Bar No. 815149  
       MVu@seyfarth.com  
       kyoung@seyfarth.com  

*/s/ Matthew N. Pope*  
Matthew N. Pope, Esq.  
Georgia Bar No. 584216  
matt@mpopelaw.com

| | |
|---|---|
| **SEYFARTH SHAW LLP** | **MATTHEW N. POPE, P.C.** |
| 1075 Peachtree Street, NE, Ste. 2500 | 900 2nd Avenue |
| Atlanta, Georgia 30309 | Columbus, Georgia 31902 |
| Tel.: (404) 885-1500 | Tel.: (706) 324-2521 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

Case 1:21-cv-04529-JPB   Document 11   Filed 05/13/22   Page 4 of 4